UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLACK HOLE WEAPONRY, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JUSTIN NORLUND, et al.,<br><br>　　　　　　　Defendants. | NO: 2:14-CV-0020-TOR<br><br>ORDER OF DISMISSAL |

　　　BEFORE THE COURT is Plaintiff's Notice of Dismissal (ECF No. 71). Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) on January 31, 2014.  Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

//

//

//

ORDER OF DISMISSAL ~ 1

1  **IT IS HEREBY ORDERED**:

2     All claims and causes of action in this matter are **DISMISSED** without

3  prejudice. All pending motions and hearings are **DENIED** as moot.

4     The District Court Executive is hereby directed to enter this Order, furnish

5  copies to counsel, and **CLOSE** the file.

6     **DATED** January 31, 2014.



7

8                                THOMAS O. RICE
                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL ~ 2